IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Glass Kitchens, *et al.* v. General Public Utilities Corp., *et al.* | CIVIL NO. 1:CV-88-1551 |
| Hoover, *et al.* v. General Public Utilities Corp., *et al.* | CIVIL NO. 1:CV-93-1818 |
| Tyler, *et al.* v. General Public Utilities Corp., *et al.* | CIVIL NO. 1:CV-96-1038 |
| Fenstermacher v. General Public Utilities Corp., *et al.* | CIVIL NO. 1:CV-00-0257 |
| FLOCH v. General Public Utilities Corp., *et al.*, | CIVIL NO. 1:CV-00-0451 |

## ORDER

Pursuant to the joint request of counsel in the captioned cases, **IT IS HEREBY ORDERED THAT** the deadline for Plaintiffs to show cause is extended to April 30, 2003.

SYLVIA H. RAMBO
United States District Judge

Dated: February 28, 2003.



FILED
FEB 2 8 2003
PER _____
HARRISBURG, PA  DEPUTY CLERK