ORIGINAL

1 → CV

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IVETTE Q.FLOCH, Individually and<br>Administratrix of the Estate of Jeffrey F.<br>Floch, Deceased | : <br> : <br> : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | :: | NO. 1:CV-00-0451 |
| | : | |
| GENERAL PUBLIC UTILITIES CORP.; | : | |
| METROPOLITAN EDISON COMPANY; | : | |
| JERSEY CENTRAL POWER & LIGHT | : | **FILED** |
| CO.; | : | HARRISBURG, PA |
| PENNSYLVANIA ELECTRIC COMPANY; | : | |
| BABCOCK & WILCOX COMPANY; | : | APR 29 2003 |
| J. RAY McDERMOTT & COMPANY; | : | |
| CATALYTIC, INC. and | : | MARY E. D'ANDREA, CLERK |
| BURNS & ROE ENTERPRISES, INC., | : | Per _____ |
| | : | |
| Defendants | : | |

## STIPULATION OF DISMISSAL

AND NOW, this _25th_ day of _April 2003_ it is hereby

stipulated and agreed among the undersigned counsel for plaintiff and counsel for

defendants, that the instant action be dismissed with prejudice, each party to bear

its own costs, fees and expenses.

ARNOLD LEVIN
LAURENCE BERMAN
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA  19106

      and
LEE C. SWARTZ
Tucker, Arensberg & Swartz
111 North Front Street
Harrisburg, PA  17108

Attorneys for Plaintiffs

A. H. WILCOX
ELLEN KITTREDGE SCOTT
Pepper Hamilton LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103
      and
THOMAS B. SCHMIDT, III
DONNA L. FISHER
Pepper Hamilton LLP
200 One Keystone Plaza
Harrisburg, PA  17108

Attorneys for Defendants

## CERTIFICATE OF SERVICE

AND NOW, this 29th day of April, 2003, I, LEE C. SWARTZ, hereby certify

that I have this day served the within Stipulation by depositing a copy of the same in the

United States Mail, postage prepaid, at Harrisburg, Pennsylvania, addressed as follows:

> A. H. Wilcox, Esquire
> Pepper Hamilton LLP
> 3000 Two Logan Square
> 18th and Arch Streets
> Philadelphia, PA  19103

Lee C. Swartz