IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Glass Kitchens,** *et al.* **v. General Public Utilities Corp.,** *et al.* | **CIVIL NO. 1:CV-88-1551** |
| **Hoover,** *et al.* **v. General Public Utilities Corp.,** *et al.* | **CIVIL NO. 1:CV-93-1818** |
| **Tyler,** *et al.* **v. General Public Utilities Corp.,** *et al.* | **CIVIL NO. 1:CV-96-1038** |
| **Fenstermacher v. General Public Utilities Corp.,** *et al.* | **CIVIL NO. 1:CV-00-0257** |
| **FLOCH v. General Public Utilities Corp.,** *et al.*, | **CIVIL NO. 1:CV-00-0451** |

**O R D E R**

Pursuant to the joint stipulations of dismissal filed on April 29, 2003 in the captioned actions, **IT IS HEREBY ORDERED THAT** the stipulations are approved and the cases are dismissed. The Clerk of Court shall close the files.

                                          s/Sylvia H. Rambo
                                          Sylvia H. Rambo
                                          United States District Judge

Dated: April 30, 2003.